UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
DAWN RUGGERIO,

                              Plaintiff,                    Docket No.:
                                                        14-CV-7434 (JFB)(GRB)

    -against-

                                                        **NOTICE OF MOTION**
                                                        **PURSUANT TO RULE 12(b)(6)**

THE COUNTY OF SUFFOLK AND SUFFOLK COUNTY
POLICE DEPARTMENT,

                              Defendants.
-------------------------------------------------------------------------X

      PLEASE TAKE NOTICE, that upon the annexed Affirmation in Support and upon the accompanying Memorandum of Law herein, and upon all prior pleadings and proceedings, the undersigned will move this Court, before the Honorable Joseph F. Bianco, at the United States Courthouse, located at 100 Federal Plaza, Central Islip, New York, for an order pursuant to Fed.R.Civ.P. Rule 12(b)(6) granting judgment on the pleadings dismissing the claim of plaintiff, Dawn Ruggerio.

Dated:  Hauppauge, New York
          March 16, 2015

                                                        Yours, etc.,

                                                        Dennis M. Brown
                                                        Suffolk County Attorney
                                                        Attorney for Defendants
                                                        County of Suffolk and Suffolk County
                                                        Police Department
                                                        100 Veterans Memorial Highway
                                                        P.O. Box 6100
                                                        Hauppauge, New York 11788

                                                        *Megan O'Donnell*
                                     By:    Megan O'Donnell
                                                   Assistant County Attorney