## CIVIL CAUSE FOR BENCH RULING

BEFORE JUDGE BIANCO

January 14, 2016                                          TIME:2:30 p.m.

CASE NUMBER:  CV 13-7143

TITLE:               **Ruggiero v. The County of Suffolk et al.**


FTR RECORDER:   2:26-2:45                    COURTROOM DEPUTY: Michele Savona

OTHER:


 X     CASE CALLED.

 X     CONF HELD

 __      ARGUMENT HEARD / CONT'D TO_____.

 X      DECISION MADE ON THE RECORD.

**OTHER:**