FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 14 2016 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DAWN RUGGERIO,

                 Plaintiff,

-against-

THE COUNTY OF SUFFOLK AND SUFFOLK
COUNTY POLICE DEPARTMENT,

                 Defendant.
-----------------------------------------------------------X

ORDER
14-CV-7434 (JFB)(GRB)

JOSEPH F. BIANCO, District Judge:

For the reasons set forth in detail on the record today, IT IS HEREBY ORDERED that defendant's motion to dismiss plaintiff's claims under the Family Medical Leave Act and the American with Disabilities Act is denied. The Court finds it is premature to decide defendant's motion to dismiss plaintiff's New York State Human Rights Law claims and plaintiff's request for permission to amend her complaint.

SO ORDERED

JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE

Dated: January 14, 2016
       Central Islip, New York