

# STEVEN J. MOSER, P.C.
### WORKERS' RIGHTS ATTORNEYS

STEVEN J. MOSER, ESQ.

3 SCHOOL STREET, SUITE 207B
GLEN COVE, NEW YORK 11542

TEL (516) 671.1150
FAX (516) 882-5420

August 5, 2016

**VIA ECF**

Hon. Joseph F. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

   *Re:* *Ruggiero v. County of Suffolk, 14-cv-7434 (JFB)(GB)*
     *Our File No. 14-0053*

Dear Judge Bianco:

  I represent the Plaintiff in the above referenced matter.

  This matter is one in a series of cases brought against Suffolk County on behalf of 9-1-1 Operators and Public Safety Dispatchers alleging violations of the FMLA and ADA.

  One of the cases *Castaneda v. Suffolk County et al 15-cv-00185 ADS-SIL* is pending before Judge Spatt.

  Three additional cases have not cleared the administrative hurdles to filing suit. On February 19, 2016, the EEOC found probable cause to believe that the County of Suffolk discriminated against three other 9-1-1 Operators and Public Safety Dispatchers – Joseph Montaldo (EEOC Charge No. 520-2014-03158), Christy Pflug (EEOC Charge No. 520-2014-01814), and Anne DiIorio (EEOC Charge No. 520-2014-00200). These cases were referred to the U.S. Department of Justice on May 9, 2016. *See Exhibit A.* As of the date of this application, the DOJ has not made a determination as to whether it will be prosecuting these cases.

  Plaintiff respectfully requests a Stay of Discovery pending a decision from the Department of Justice as to whether they will be prosecuting cases on behalf of Joseph Montaldo, Christy Pflug, Anne DiIorio, or any other call center operators.

  Joint discovery will result in vast economies of both judicial and client resources.

  The County consents to this application, but reserves its right to oppose any motion for a joint trial.

I thank the Court for its consideration.

CC: Megan O'Donnell (*Via ECF*)

                                        Respectfully submitted,
                                        STEVEN J. MOSER, P.C.

                                        By: Steven John Moser, Esq.