UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DAWN RUGGIERO

                    Plaintiff,

                                                          **ORDER**

-against-                                     14-CV-7434 (DRH)(AYS)

THE COUNTY OF SUFFOLK AND SUFFOLK
COUNTY POLICE DEPARTMENT,

                    Defendants.
-----------------------------------------------------------X

        On October 7, 2020, plaintiff filed a pre-motion conference letter seeking to move to consolidate this action with *Pflug v. County of Suffolk,* 14-cv-7434. (DE 37.) That request was opposed by Defendants. (DE 38.) By Order dated October 22, 2020, the Court advised the parties that it was treating the promotion conference letter as the motion to consolidate and that to the extent either party wished to make additional arguments they could do so by letters filed no later than November 2, 2020. Neither party has availed themselves of that opportunity.

        The motion to consolidate is denied. There is an absence of commonality of legal and factual issues between the two actions. Neither judicial economy nor justice would be served by consolidation.

        **SO ORDERED.**

Dated: Central Islip, New York              s/ Denis R. Hurley
       November 9, 2020.             Denis R. Hurley
                                 United States District Judge