

**COUNTY OF SUFFOLK**

**STEVE BELLONE**
**SUFFOLK COUNTY EXECUTIVE**

**DENNIS M. COHEN**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**DEPARTMENT OF LAW**
**COUNTY ATTORNEY**

*Via Electronic Filing*
December 14, 2020

Honorable Anne Y. Shields, U.S.M.J.
United States District Court
Eastern District of New York
Long Island Federal Courthouse
Central Islip, New York 11722

**Re:** *Ruggiero v. County of Suffolk, et al.*
　　　**Docket No. 14-cv-07434 (DRH)(AYS)**

Dear Judge Shields:

This office represents the Defendants, County of Suffolk and Suffolk County Police Department, ("the County") in the above-referenced matter. We write in response to Your Honor's Scheduling Order dated December 11, 2020, to advise the Court that the Defendants do not oppose Plaintiff's request for a scheduling conference.

Respectfully submitted,

Dennis M. Cohen
Suffolk County Attorney

*Hope Senzer Gabor*
By:　Hope Senzer Gabor
　　　Assistant County Attorney

cc:　Steven J. Moser, Esq. *Attorney for Plaintiff* (via ECF)