**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE          DATE:9/7/2021
                                                       TIME: 10:00 AM
                                                       ☐ **SEALED PROCEEDING**

### CIVIL CAUSE FOR DISCOVERY CONFERENCE (video)
**CASE:** 2:14-cv-07434-DRH-JMW, Ruggiero v. The County of Suffolk et al

APPEARANCES:

    For Plaintiff:   Steven J. Moser

    For Defendant: Hope S. Gabor

Court Reporter/FTR: 10:03-10:27 (video)

**THE FOLLOWING RULINGS WERE MADE:**

☒      Status conference held. Despite this case being commenced in 2014, the parties have made zero progress with discovery.  As such, counsel for Plaintiff made an oral application to extend the current discovery deadlines.  Because it is this Circuit's preference to have matters resolved on the merits and, likewise, parties take full advantage of the discovery process, the Court is granting a limited, final extension of discovery.  To be clear, this is the **FINAL** discovery extension. Plaintiff shall respond to Defendants' outstanding interrogatories and document demands by 9/30/21.  The parties further advised the Court that there will be no experts in this case, and therefore all discovery shall close on 10/29/21. Any depositions shall be taken by that date.  The parties agreed that Plaintiff will be made available for her deposition on 10/14/21. A status conference has been scheduled for 11/9/21 at 2:30 pm via the Court's Video Zoom. The Court will email the Zoom invitation closer to the conference date. If either party intends to move for summary judgment, the deadline to take the first step to do so is 12/1/21. A final pretrial conference has been scheduled for 12/2021 at 10:30 am in courtroom 1020.  If the trial judge requires one, a joint proposed pretrial order in compliance with that judge's requirements and signed by counsel for each party must be received by the undersigned 5 business days prior to this conference.

      **THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.**

                         SO ORDERED
                         /s/James M. Wicks
                         JAMES M. WICKS
                         United States Magistrate Judge